IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ROBERT EUGENE MAYBERRY | ) | Case No. 06 B 08545 |
| and LORETTA ANN MAYBERRY, | ) | |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES Charles J. Myler, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on July 18, 2006. Charles J. Myler was appointed Trustee on July 18, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

1

4. A summary of the Trustee's Final Report as of June 30, 2008 is as follows:

   a. RECEIPTS (See Exhibit C)                  $12,739.13

   b. DISBURSEMENTS (See Exhibit C)             $0.00

   c. NET CASH available for distribution       $12,739.13

   d. TRUSTEE/PROFESSIONAL COSTS:

      1. Trustee compensation requested    $2,023.91
         (See Exhibit E)
      2. Trustee Expenses (See Exhibit E)  $30.20
      3. Compensation requested by
         attorney or other professionals
         for trustee (See Exhibit F)       $3,923.75

5. The Bar Date for filing unsecured claims expired on November 21, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. (See Exhibit D) The actual dollar amount of claims allowed and/or requested for this estate is as follows:

   a. Allowed unpaid secured claims              $0.00

   b. Chapter 7 administrative and
      28 U.S.C. §1930 claims                     $5,977.86

   c. Allowed Chapter 11 administrative          $0.00
      claims

   d. Allowed priority claims                    $21,455.91

   e. Allowed unsecured claims                   $235,590.35

7. Trustee proposes that unsecured creditors receive a distribution of 0% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $3,923.75. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,923.75. (See Exhibit G).

2

9.　A fee of $2,000.00 was paid to debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: July 10, 2008

/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602
105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
(630) 897-8475

## TASKS PERFORMED BY TRUSTEE

This estate involved claims by the debtor against his brother and a Robert Thurlby. The sums owed the debtor by the brother were subject to an extended period before it became due. Trustee was able to negotiate a settlement with the brother and therefore obtained satisfaction of that claim. The loan to Robert Thurlby required documentation which the trustee was able to obtain from the debtor. Mr. Thurlby refused to answer persistent contacts by the trustee and the filing of an adversary complaint was required. Trustee was able to obtain payment in full from Mr. Thurlby who initially wanted a discount and waiver of interest. It is estimated that 7 hours were spent in trustee time in this estate.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-08545  
Case Name: MAYBERRY, ROBERT EUGENE  
MAYBERRY, LORETTA ANN  
Period Ending: 06/30/08  

Trustee: (330510)  CHARLES J. MYLER  
Filed (f) or Converted (c): 07/18/06 (f)  
§341(a) Meeting Date: 08/21/06  
Claims Bar Date: 11/21/06  

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account | 100.00 | 100.00 | DA | 0.00 | FA |
| 2 | Household goods | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 3 | Electronics | 300.00 | 300.00 | DA | 0.00 | FA |
| 4 | Jewelry | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 5 | Firearms | 200.00 | 200.00 | DA | 0.00 | FA |
| 6 | Balance owed debtor on sale of motor home | 15,000.00 | 15,000.00 | | 8,000.00 | FA |
| 7 | 2004 Ford Focus | 7,675.00 | 7,675.00 | DA | 0.00 | FA |
| 8 | Office equipment | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 9 | Money owed to debtor (u) | 3,750.00 | 3,750.00 | | 4,729.32 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.81 | Unknown |
| 10 | Assets  Totals (Excluding unknown values) | $32,525.00 | $32,525.00 | | $12,739.13 | $0.00 |

Major Activities Affecting Case Closing:

Trustee has collected loans due debtor and will file final report


EXHIBIT

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06-08545 | Trustee: | (330510) CHARLES J. MYLER |
| --- | --- | --- | --- |
| Case Name: | MAYBERRY, ROBERT EUGENE | Filed (f) or Converted (c): | 07/18/06 (f) |
| | MAYBERRY, LORETTA ANN | §341(a) Meeting Date: | 08/21/06 |
| Period Ending: | 06/30/08 | Claims Bar Date: | 11/21/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  March 31, 2007        Current Projected Date Of Final Report (TFR):  March 31, 2007

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-08545 | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- |
| Case Name: | MAYBERRY, ROBERT EUGENE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MAYBERRY, LORETTA ANN | Account: | ***_*****76-65 - Money Market Account |
| Taxpayer ID #: | 13-7585014 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/30/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/11/08 | {6} | James D. Mayberry | Payment on mobile home | 1129-000 | 8,000.00 | | 8,000.00 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.88 | | 8,001.88 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.64 | | 8,003.52 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.48 | | 8,005.00 |
| 04/04/08 | {9} | Thurlby Financial | Repayment of loan | 1221-000 | 4,729.32 | | 12,734.32 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.61 | | 12,735.93 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.59 | | 12,737.52 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.61 | | 12,739.13 |
| | | | ACCOUNT TOTALS | | 12,739.13 | 0.00 | |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,739.13 | | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,739.13 | $0.00 | |

| | |
| --- | --- |
| | $12,739.13 |



EXHIBIT C

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-08545
**Case Name:** MAYBERRY, ROBERT EUGENE
MAYBERRY, LORETTA ANN
**Taxpayer ID #:** 13-7585014
**Period Ending:** 06/30/08

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****76-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | 12,739.13 | 0.00 | 12,739.13 |
| MMA # ***-*****76-65 | | $12,739.13 | $0.00 | $12,739.13 |

{} Asset reference(s)

Printed: 07/07/2008 12:47 PM    V.10.03

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )    Chapter 7
                                    )
ROBERT EUGENE MAYBERRY,             )    Case No. 06 B 08545
and LORETTA ANN MAYBERRY,           )
                                    )
            Debtors.                )    Judge Manuel Barbosa

### DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $5,977.86 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $6,761.27 |
| General Unsecured Claims: | $0.00 |
| Other: | $0.00 |

TOTAL AMOUNT TO BE DISTRIBUTED:    $12,739.13

EXHIBIT D

5

**DISTRIBUTION REPORT**

| **1. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $5,977.86 | 100 |

| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|
| Charles J. Myler, Trustee | $2,023.91 | $2,023.91 |
| Charles J. Myler, Expenses | $30.20 | $30.20 |
| Myler, Ruddy & McTavish | $3,923.75 | $3,923.75 |

| **2. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |

| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|
| | $ | $ |

| **3. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |

| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|
| | $ | $ |

| **4. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |

| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|
| | $ | $ |

| | TOTAL | FINAL |
|---|---|---|
| **5. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |
| §507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | |
| | **AMOUNT OF** | **AMOUNT OF** |
| **CLAIM NO.  CREDITOR** | **ALLOWED CLAIM** $ | **DIVIDEND** $ |

| | TOTAL | FINAL |
|---|---|---|
| **6. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | $0.00 | |
| | **AMOUNT OF** | **AMOUNT OF** |
| **CLAIM NO.  CREDITOR** | **ALLOWED CLAIM** $ | **DIVIDEND** $ |

| | TOTAL | FINAL |
|---|---|---|
| **7. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |
| §507(a)(6) - Deposits by consumers to the extent of $900 | $0.00 | |
| | **AMOUNT** | **AMOUNT OF** |
| **CLAIM NO.  CREDITOR** | **ALLOWED CLAIM** $ | **DIVIDEND** $ |

| | TOTAL | FINAL |
|---|---|---|
| **8. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |
| §724(b) - Tax Liens | $0.00 | |
| | **AMOUNT OF** | **AMOUNT OF** |
| **CLAIM NO.  CREDITOR** | **ALLOWED CLAIM** $ | **DIVIDEND** $ |

| | TOTAL | FINAL |
|---|---|---|
| **9. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |
| §507(a)(7) - Tax claims excluding fines and penalties | $21,455.90 | 31.512 |
| | **AMOUNT OF** | **AMOUNT OF** |
| **CLAIM NO.  CREDITOR** | **ALLOWED CLAIM** | **DIVIDEND** |
| 6. Illinois Dept. of Revenue | $4,447.67 | $1,401.57 |
| 7. IRS | $17,008.23 | $5,359.70 |

7

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Capital Commitments to FDIC, et al. | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM $** | **AMOUNT OF DIVIDEND $** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | $235,590.35 | 0 |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 1. Recovery Mgmnt Systems | $1,636.34 | $0.00 |
| 2. Recovery Mgmnt Systems | $272.46 | $0.00 |
| 3. Recovery Mgmnt Systems | $3,081.37 | $0.00 |
| 4. GE Consumer Finance | $3,789.00 | $0.00 |
| 5. Chase Bank USA | $14,932.63 | $0.00 |
| 6A IL Dept. of Revenue | $764.31 | $0.00 |
| 7A IRS | $1,412.09 | $0.00 |
| 8. T-Mobile | $31.08 | $0.00 |
| 9. T-Mobile | $139.82 | $0.00 |
| 10. American Express Centurion Bank | $41,029.65 | $0.00 |
| 11. American Express Travel | $8,922.65 | $0.00 |
| 12. American Express Travel | $16,221.51 | $0.00 |
| 13. Citibank | $1,079.16 | $0.00 |
| 14. US Bank | $11,853.17 | $0.00 |
| 15. Pier 1 Imports | $1,424.18 | $0.00 |
| 16. Citibank/CHOICE | $8,389.16 | $0.00 |
| 17. MBNA America Bank | $120,611.77 | $0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims. | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM $** | **AMOUNT OF DIVIDEND $** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | |

8

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 14. TYPE OF CLAIMS<br>§726(a)(5) - Interest<br>(___% from date of filing to anticipated date of distribution<br>(_____) | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
|---|---|---|
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |

| 15. TYPE OF CLAIMS<br>§726(a)(6) - Surplus to Debtor | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
|---|---|---|
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: July 10, 2008

Charles J. Myler, Trustee, ARDC# 2008602

9