UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ROBERT EUGENE MAYBERRY | ) | Case No. 06 B 08545 |
| and LORETTA ANN MAYBERRY, | ) | |
| | ) | |
| *Debtor(s).* | ) | Judge Manuel Barbosa |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: Kane County Courthouse, 100 S. Third St., Room 140, Geneva, IL 60134

   On: **October 23, 2008**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   Receipts                                      $12,739.13

   Disbursements                                 $0.00

   Net Cash Available for Distribution           $12,739.13

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $2,023.91 | $30.20 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $3,923.75 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,455.90 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $31.512%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 6. | IL Dept. of Revenue | $4,447.67 | $1,401.57 |
| 7. | IRS | $17,008.23 | $5,359.70 |

7. Claims of general unsecured creditors totaling $235,590.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are as follows:

| Claim Number   Claimant | Amount of Claim | Proposed Payment |
|---|---|---|
| 1. Recovery Mgmnt Systems | $1,636.34 | $0.00 |
| 2. Recovery Mgmnt Systems | $272.46 | $0.00 |
| 3. Recovery Mgmnt Systems | $3,081.37 | $0.00 |
| 4. GE Consumer Finance | $3,789.00 | $0.00 |
| 5. Chase Bank USA | $14,932.63 | $0.00 |
| 6A IL Dept. of Revenue | $764.31 | $0.00 |
| 7A IRS | $1,412.09 | $0.00 |
| 8. T-Mobile | $31.08 | $0.00 |
| 9. T-Mobile | $139.82 | $0.00 |
| 10. American Express Centurion Bank | $41,029.65 | $0.00 |
| 11. American Express Travel | $8,922.65 | $0.00 |
| 12. American Express Travel | $16,221.51 | $0.00 |
| 13. Citibank | $1,079.16 | $0.00 |
| 14. US Bank | $11,853.17 | $0.00 |
| 15. Pier 1 Imports | $1,424.18 | $0.00 |
| 16. Citibank/CHOICE | $8,389.16 | $0.00 |
| 17. MBNA America Bank | $120,611.77 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:


Dated: **September 26, 2008**                                         For the Court,

                                                                      By:
                                                                      **KENNETH S. GARDNER**
                                                                      Kenneth S. Gardner
                                                                      Clerk of the U.S. Bankruptcy Court
                                                                      219 So. Dearborn St., 7th Floor
                                                                      Chicago, IL 60604

Trustee:    Charles J. Myler, ARDC#2008602

Address:     105 E. Galena Blvd., 8th Floor
             Aurora, IL 60505
Phone:       630-897-8475
Fax:         630-897-8076

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Sep 26, 2008
Case: 06-08545                 Form ID: pdf002              Total Served: 50

The following entities were served by first class mail on Sep 28, 2008.
 db          +Robert Eugene Mayberry,    310 Park Avenue,    Saint Charles, IL 60174-2047
 jdb         +Loretta Ann Mayberry,    310 Park Avenue,    Saint Charles, IL 60174-2047
 aty         +Alex Wilson,   Law Offices of Peter Francis Geraci,     55 East Monroe St., Suite #3400,
               Chicago, IL 60603-5920
 aty         +Myler Ruddy & Mctavish,    Myler Ruddy & Mctavish,     111 W Downers Pl,    Aurora, IL 60506-6112
 aty         +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
 tr          +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,     8th Floor,
               Aurora, IL 60505-3338
10824917      American Express,    Attn: Bankruptcy Department,     PO Box 360002,    Ft. Lauderdale, FL 33336-0002
10824938     +American Express,    Bankruptcy Department,    PO BOX 297871,    Davie, FL 33329-7871
10824925     +American Express,    Bankruptcy Department,    P.O. Box 650448,    Dallas, TX 75265-0448
10907303      American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10907315      American Express Travel Related Services Co Inc,     c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
10824928      Bank of America,    Bankruptcy Department,    PO Box 1758,    Newark, NJ 07101-1758
10824915     +Best Buy Co./Retail Services,    Bankruptcy Department,     PO Box 17298,    Baltimore, MD 21297-1298
12393581      Capital Recovery One,    25 SE Ave Ste 1120,    Miami, FL 33131
10824932     +Chase,   Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
10895837     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,     2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10824927     +Citibank,    Bankruptcy Department,    PO BOX 688902,    Des Moines, IA 50368-8902
10915620     +Citibank ( USA ) N.A.,    POB 182149,    Columbus, OH 43218-2149
10965495      Citibank/CHOICE,    Exception Payment Processing,     P.O. Box 6305,    The Lakes, NV  88901-6305
10824913     +Cynthia Matus,    166 Wellington,    Gurnee, IL _____ 60031-6221
10824912     +Ford Motor Credit Corp,    Attn: Bankruptcy Dept.,     PO BOX 542000,    Omaha, NE 68154-8000
10824916     +GE Money Bank/Car Care,    Bankruptcy Department,     PO Box 960061,    Orlando, FL 32896-0061
10899598    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      Bankruptcy Section,
               100 West Randolph Street   Level 7-400,    Chicago, Illinois  60601)
10824908     +IRS priority debt,    Attn: Bankruptcy Dept.,    Box 21126,    Philadelphia, PA 19114-0326
10824909      Illinois Department of Revenue,    Bankruptcy Department,     PO Box 19035,
               Springfield, IL 62794-9035
10824911      Illinois Department of Revenue,    Bankruptcy Department,     PO Box 19044,
               Springfield, IL 62794-9044
10824934     +Lowe’s,    Attn: Bankruptcy Dept.,    PO BOX 530914,    Atlanta, GA 30353-0914
10824920      MBNA America,    Bankruptcy Department,    PO Box 15137,    Wilmington, DE 19886-5137
10824921      MBNA America,    Attn: Bankrutpcy Department,    PO Box 15102,    Wilmington, DE 19886-5102
10824919     +MBNA America Bank N.A.,    MailStop DE5-014-02-03,     P O BOX 15168,    Wilmington, DE 19850-5168
10824931     +Messerli & Kramer,    Attn: Bankruptcy Department,     1800 Fifth St. Towers,    150 S. Fifth St.,
               Minneapolis, MN 55402-4200
10824935     +Mobil,   Bankruptcy Department,    PO BOX 530962,    Atlanta, GA 30353-0962
10824937     +P2 Marketing,    Attn: Bankruptcy Dept.,    2400  Market St.,    Ste 423,
               Philadelphia, PA 19103-3038
10824933     +Pier 1 Imports,    Attn: Bankruptcy Department,    PO BOX 745011,     Cincinnati, OH 45274-0001
10944738     +Pier 1 Imports, Inc.,    c/o Creditors Bankruptcy service,     P O Box 740933,
               Dallas, TX 75374-0933
10824914     +Sears,   Bankruptcy Department,    PO Box 182149,    Columbus, OH 43218-2149
10824940     +State Bank of Countryside,    Bankruptcy Department,     6734 Joliet Road,
               Countryside, IL 60525-4577
10824939     +T-Mobile,    Bankruptcy Department,    PO BOX 53410,    Bellevue, WA 98015-3410
10926823    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK,     PO BOX 5229,    CINCINNATI, OHIO 45201)
10824930    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,     Bankruptcy Department,    PO BOX 108,
               Saint Louis, MO 63166)
10824936     +US Department of Education,    Bankruptcy Department,     PO Box 4169,    Greensville, TX 75403-4169
10824918     +United Recovery Systems,    PO BOX 722929,    Houston, TX 77272-2929
10824941    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,     Attn: Bankruptcy Dept.,    6565 Brady Street,
               Davenport, IA 52806)
The following entities were served by electronic transmission on Sep 27, 2008.
12393530     +E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2008 01:54:28      Capital Recovery One,
               25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
10886509     +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2008 01:53:41      GE Consumer Finance,
               For GE Money Bank,    dba EMPIRE,    PO Box 960061,    Orlando FL 32896-0061
12390148      E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2008 01:54:28
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10886508     +E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2008 01:54:30
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM’S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10886506     +E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2008 01:54:28
               Recovery Management Systems Corporation,    For GE Money Bank,    dba EXXONMOBIL,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10886507     +E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2008 01:54:29
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10824929     +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2008 01:53:41      Sam’s Club,    Bankruptcy Department,
               PO Box 530942,    Atlanta, GA 30353-0942
                                                                                               TOTAL: 7
```

```
District/off: 0752-1              User: amcc7                  Page 2 of 2                    Date Rcvd: Sep 26, 2008
Case: 06-08545                    Form ID: pdf002              Total Served: 50

                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                 Aurora, IL 60505-3338
10824926*       American Express,    Attn: Bankruptcy Department,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
10824910*      +IRS priority debt,    Attn: Bankruptcy Dept.,    Box 21126,    Philadelphia, PA 19114-0326
10824923*       MBNA America,    Bankruptcy Department,    PO Box 15137,    Wilmington, DE 19886-5137
10824922*       MBNA America,    Attn: Bankrutpcy Department,    PO Box 15102,    Wilmington, DE 19886-5102
10824924*       MBNA America,    Attn: Bankrutpcy Department,    PO Box 15102,    Wilmington, DE 19886-5102
                                                                                                TOTALS: 0, * 6
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2008**                                    **Signature:** _/s/ Joseph Speetjens_