UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ROBERT EUGENE MAYBERRY and | ) | No. 06 B 08545 |
| LORETTA ANN MAYBERRY, | ) | |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A".

Trustee's Distribution Report is attached as Exhibit "B".

All checks have been cashed. Form II with a zero balance is attached as Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: December 11, 2008                TRUSTEE

                                       /s/ Charles J. Myler
                                       Charles J. Myler

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ROBERT EUGENE MAYBERRY | ) | No. 06 B 08545 |
| and LORETTA ANN MAYBERRY, | ) | |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final request for the allowance of fees and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | | $2,023.91 |
| 2. | Trustee's expenses | | 30.20 |
| | | TOTAL | $2,054.11 |

IT IS FURTHER ORDERED that the request for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorneys for the Trustee | | |
| | a. Compensation | | $3,923.75 |
| | b. Expenses | | 0.00 |
| 2. | Accountants for the Trustee | | |
| | a. Compensation | | 0.00 |
| | b. Expenses | | 0.00 |
| 3. | Other professional | | |
| | a. Compensation | | 0.00 |
| | b. Expenses | | 0.00 |
| | | TOTAL | $3,923.75 |

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED THIS _____ DAY OF _____, 2008.

OCT 2 3 2008

ENTERED:
UNITED STATES BANKRUPTCY JUDGE


EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ROBERT EUGENE MAYBERRY, | ) | Case No. 06 B 08545 |
| and LORETTA ANN MAYBERRY, | ) | |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $5,977.86 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $6,767.11 |
| General Unsecured Claims: | $0.00 |
| Other: | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $12,744.97 |



EXHIBIT
B

**DISTRIBUTION REPORT**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $5,977.86 | 100 |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| Charles J. Myler, Trustee | $2,023.91 | $2,023.91 |
| Charles J. Myler, Expenses | $30.20 | $30.20 |
| Myler, Ruddy & McTavish | $3,923.75 | $3,923.75 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§507(a)(4) - Contributions to Employee Benefit Plans    $0.00

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $900 | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Tax claims excluding fines and penalties | $21,455.90 | 31.539 |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| 6. Illinois Dept. of Revenue | $4,447.67 | $1,402.78 |
| 7. IRS | $17,008.23 | $5,364.33 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Capital Commitments to FDIC, et al. | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **11. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | $235,590.35 | 0 |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 1. Recovery Mgmnt Systems | $1,636.34 | $0.00 |
| 2. Recovery Mgmnt Systems | $272.46 | $0.00 |
| 3. Recovery Mgmnt Systems | $3,081.37 | $0.00 |
| 4. GE Consumer Finance | $3,789.00 | $0.00 |
| 5. Chase Bank USA | $14,932.63 | $0.00 |
| 6A IL Dept. of Revenue | $764.31 | $0.00 |
| 7A IRS | $1,412.09 | $0.00 |
| 8. T-Mobile | $31.08 | $0.00 |
| 9. T-Mobile | $139.82 | $0.00 |
| 10. American Express Centurion Bank | $41,029.65 | $0.00 |
| 11. American Express Travel | $8,922.65 | $0.00 |
| 12. American Express Travel | $16,221.51 | $0.00 |
| 13. Citibank | $1,079.16 | $0.00 |
| 14. US Bank | $11,853.17 | $0.00 |
| 15. Pier 1 Imports | $1,424.18 | $0.00 |
| 16. Citibank/CHOICE | $8,389.16 | $0.00 |
| 17. MBNA America Bank | $120,611.77 | $0.00 |
| **12. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| §726(a)(3) - Late unsecured claims. | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM $** | **AMOUNT OF DIVIDEND $** |
| **13. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| §726(a)(4) - Fines/penalties | $0.00 | |
| **CLAIM NO. CREDITOR** | **AMOUNT OF ALLOWED CLAIM $** | **AMOUNT OF DIVIDEND $** |
| **14. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |

§726(a)(5) - Interest     $0.00
(___% from date of filing to
anticipated date of distribution
(_____)

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

**15. TYPE OF CLAIMS**       **TOTAL AMOUNT OF CLAIMS**    **FINAL DIVIDEND %**

§726(a)(6) - Surplus to Debtor    $0.00

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: October 24, 2008

/s/ Charles J. Myler
Charles J. Myler, Trustee, ARDC# 2008602

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-08545 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | MAYBERRY, ROBERT EUGENE / MAYBERRY, LORETTA ANN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7585014 | Account: | ***_*****76-65 - Money Market Account |
| Period Ending: | 12/11/08 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/11/08 | {6} | James D. Mayberry | Payment on mobile home | 1129-000 | 8,000.00 | | 8,000.00 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.88 | | 8,001.88 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.64 | | 8,003.52 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.48 | | 8,005.00 |
| 04/04/08 | {9} | Thurlby Financial | Repayment of loan | 1221-000 | 4,729.32 | | 12,734.32 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.61 | | 12,735.93 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.59 | | 12,737.52 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.61 | | 12,739.13 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.61 | | 12,740.74 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.51 | | 12,742.25 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.67 | | 12,743.92 |
| 10/24/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1200% | 1270-000 | 1.05 | | 12,744.97 |
| 10/24/08 | | To Account #*******7666 | transfer to checking | 9999-000 | | 12,744.97 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 12,744.97 | 12,744.97 | $0.00 |
| Less: Bank Transfers | 0.00 | 12,744.97 | |
| Subtotal | 12,744.97 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $12,744.97 | $0.00 | |


EXHIBIT C

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-08545 |
| --- | --- |
| Case Name: | MAYBERRY, ROBERT EUGENE |
| | MAYBERRY, LORETTA ANN |
| Taxpayer ID #: | 13-7585014 |
| Period Ending: | 12/11/08 |

| Trustee: | CHARLES J. MYLER (330510) |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***_******76-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/24/08 | | From Account #********7665 | transfer to checking | 9999-000 | 12,744.97 | | 12,744.97 |
| 10/27/08 | 101 | CHARLES J. MYLER | Trustee fee | 2100-000 | | 2,023.91 | 10,721.06 |
| 10/27/08 | 102 | Charles J. Myler | Trustee expenses | 2200-000 | | 30.20 | 10,690.86 |
| 10/27/08 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fees | 3110-000 | | 3,923.75 | 6,767.11 |
| 10/27/08 | 104 | IL Department of Revenue | Tax ID#xxxx3540, incometax | 5800-000 | | 1,402.78 | 5,364.33 |
| 10/27/08 | 105 | IRS | Tax ID# xxxx3540 income tax | 5800-000 | | 5,364.33 | 0.00 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | ACCOUNT TOTALS | | | 12,744.97 | 12,744.97 | $0.00 |
| | | Less: Bank Transfers | | | 12,744.97 | 0.00 | |
| | | Subtotal | | | 0.00 | 12,744.97 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $12,744.97 | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***_*****76-65 | 12,744.97 | 0.00 | 0.00 |
| Checking # ***_*****76-66 | 0.00 | 12,744.97 | 0.00 |
| | $12,744.97 | $12,744.97 | $0.00 |

{ } Asset reference(s)